BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $20,380.00 IN U.S.<br>CURRENCY,<br><br>       Defendant. | No. 2:13-cv-01796-GEB-DAD<br><br>FINDINGS AND<br>RECOMMENDATIONS |

This matter came before the Honorable Judge Dale A. Drozd on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned Defendant Currency to oppose the United States' motion.  Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

1.    This action arose out of a Verified Complaint for Forfeiture *In Rem* filed August 29, 2013.

2.    The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimant Lamonte White.

3.    The United States has shown that a complaint for forfeiture was filed; that potential claimant Lamonte White received notice of the forfeiture action; that any and

/////

1

all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1.      That Lamonte White be held in default;

2.      That the United States' motion for default judgment and final judgment of forfeiture be granted;

3.      That judgment by default be entered against any right, title, or interest of potential claimant Lamonte White in the Defendant Currency referenced in the above caption;

4.      That a final judgment be entered, forfeiting all right, title, and interest in the Defendant Currency to the United States, to be disposed of according to law;

5.      That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Garland E. Burrell, Jr., and filed by the Clerk of the Court.

Dated:  January 31, 2014

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil
USv$20380.1796.f&rs.docx