UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America , <br><br>      Plaintiff, <br><br>   v. <br><br> Approximately $20,380.00 in U.S. Currency, et al, <br><br>      Defendant. | Case No. 2:13-CV-1796 GEB DAD <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** that Default Judgment is hereby ENTERED against defendants:

Approximately $20,380.00 in U.S. Currency and Lamonte White

Date: February 26, 2014                             MARIANNE MATHERLY, CLERK

                                                                      By: /s/  M. Marciel

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Deputy Clerk